UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-036 JD |
| | ) | |
| RANDELL HARGROVE | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 27, 2013 [DE 12]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Randell Hargrove's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:  April 16, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court